# PERKINSCOIe

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

February 23, 2022

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Brian J. Turoff
BTuroff@perkinscoie.com
D. +1.212.261.6930
F. +1.212.977.1649

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. Defendant's deadline to answer or otherwise respond to the complaint is extended to March 30, 2022.

Dated: February 24, 2022
New York, New York

Re:   Barrett v. R.Y. Management Co. Inc.
      Civil Action No.: 1:22-cv-00737-LGS

Dear Judge Schofield:

We are counsel to Defendant R.Y. Management Co. Inc. in the above-referenced matter. Defendant submits this letter, pursuant to Rule B.2. of Your Honor's Individual Rules and Procedures for Civil Cases, to respectfully request that the deadline by which Defendant must answer, move or otherwise respond to the Complaint be extended from February 28, 2022 to March 30, 2022.

As Plaintiff effected service of process on Defendant via New York's Secretary of State, Defendant did not discover until February 17, 2022 that the Complaint had been served. Accordingly, the requested extension will enable Defendant to investigate and analyze the claims set forth in the Complaint and also engage in discussions with Plaintiff.

This is Defendant's first extension request, and, if granted, the extension will not affect any other scheduled dates. Plaintiff's counsel has consented to the extension request.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

*/s/ Brian Turoff*

Brian Turoff

Perkins Coie LLP
155943479.1