**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

March 25, 2022

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Brian J. Turoff
BTuroff@perkinscoie.com
D. +1.212.261.6930
F. +1.212.977.1649

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

> Application granted in part.  Defendant's deadline to answer or otherwise respond to the complaint is extended to April 29, 2022.  The parties' request to adjourn the initial pretrial conference and to extend the deadline to file the joint letter is denied.  The parties shall file the joint letter and the proposed case management plan by April 6, 2022.
>
> Dated: March 28, 2022
>        New York, New York

Re:   Barrett v. R.Y. Management Co. Inc.
      Civil Action No.: 1:22-cv-00737-LGS

Dear Judge Schofield:

We are counsel to Defendant R.Y. Management Co. Inc. in the above-referenced matter. Defendant submits this letter, pursuant to Rule B.2. of Your Honor's Individual Rules and Procedures for Civil Cases, to respectfully request that the deadline by which Defendant must answer, move or otherwise respond to the Complaint be extended from March 30, 2022 to April 29, 2022.

Good cause exists for granting Defendant's extension request because the parties have commenced settlement discussions, and the parties agree that exploring the possibility of settlement prior to Defendant having to answer, move, or otherwise respond to the Complaint will best facilitate a resolution of the matter.

This is Defendant's second extension request and, if granted, the extension will require a corresponding extension of the parties' April 6, 2022 deadline to submit their IPTC materials, and the April 13, 2022 telephonic conference. (*See* Dkt. No. 10).  Plaintiff's counsel has consented to the extension request.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/ Brian Turoff

Brian Turoff

Perkins Coie LLP
155943479.1
156311313.1