**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

April 26, 2022

Brian J. Turoff
BTuroff@perkinscoie.com
D. +1.212.261.6930
F. +1.212.977.1649

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Application GRANTED.  Defendant's deadline to answer or otherwise respond to the complaint is extended to May 13, 2022.

Dated: April 28, 2022
          New York, New York

Re:   **Barrett v. R.Y. Management Co. Inc.**
      **Civil Action No.: 1:22-cv-00737-LGS**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

We are counsel to Defendant R.Y. Management Co. Inc. in the above-referenced matter. Defendant submits this letter, pursuant to Rule B.2. of Your Honor's Individual Rules and Procedures for Civil Cases, to respectfully request that the deadline by which Defendant must answer, move or otherwise respond to the Complaint be extended from April 29, 2022 to May 13, 2022.

Good cause exists for granting Defendant's extension request because the parties are engaged in ongoing settlement discussions, and the parties agree that exploring the possibility of settlement prior to Defendant having to answer, move, or otherwise respond to the Complaint will best facilitate a resolution of the matter.

This is Defendant's third extension request and, if granted, the extension will not affect any other scheduled dates.  Plaintiff's counsel has consented to the extension request.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/ Brian Turoff

Brian Turoff

Perkins Coie LLP
155943479.1
156719577.1