UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALICE BARRETT,

                              **Plaintiff,**                    22-CV-00737 (LGS)

       -against-                                        **ORDER**

R.Y. MANAGEMENT CO. INC.,

                              **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Friday, July 1, 2022,** providing the Court an update on the status of any settlement discussions and whether the parties would like to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:        New York, New York
                  June 17, 2022

                                                            _____
                                                             VALERIE FIGUEREDO
                                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-17-2022