```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALICE BARRETT,

                Plaintiff,

-against-

R.Y. MANAGEMENT CO., INC.,

                Defendant.

------------------------------------------------------------------X

22-CV-00737 (LGS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On August 4, 2022, this case was referred to me for General Pretrial and Dispositive Motion (see ECF No. 34). A telephonic conference is hereby scheduled for **Thursday, August 18, 2022 at 10:00 a.m.** to address the parties' letter submitted at ECF No 33, including the parties' willingness to consent to my jurisdiction for purposes of reviewing the proposed settlement. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

**SO ORDERED.**

DATED:    New York, New York
               August 8, 2022

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge