# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

**November 6, 2022**

**Via ECF**

Hon. Valerie Figueredo, USMJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> Dated: 11-7-2022
>
> The conference scheduled for November 9, 2022 is hereby adjourned. Plaintiff is directed to inform the Court by tomorrow, November 8, 2022, whether Plaintiff still seeks to reopen the case pursuant to its November 3 letter. The Clerk of Court is directed to terminate the motions at ECF Nos. 40 and 42.

### Re: Barrett v. R.Y. Management Co. Inc.
#### Case No: 22-CV-00737 (VF)
#### Motion to Adjourn Conference

Dear Magistrate-Judge Figueredo:

     My firm represents plaintiff Alice Barrett ("Plaintiff"), in the above-referenced action, and I respectfully write to provide the Court with a status report. We have now received the settlement checks in this matter and the November 9, 2022 does not appear necessary – the checks were apparently delivered a few days ago to an incorrect address and we have now located them.

     Plaintiff thanks Your Honor very much for scheduling the conference in an attempt to resolve this matter.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    **Defense Counsel via ECF**

1